UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL SCHORE and CHI-LU SCHORE, | CASE NO. C17-1777-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| RENTON COLLECTIONS, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's response to Plaintiffs' motion for partial summary judgment and cross motion for summary judgment (Dkt. No. 8). On February 22, 2018, Plaintiffs filed a motion for partial summary judgment that is currently noted for the Court's consideration on March 16, 2018 (Dkt. No. 7). On March 8, 2018, Defendant responded to Plaintiffs' motion and filed a cross motion for summary judgment, which is noted for the Court's consideration on March 30, 2018 (Dkt. No. 8). The Court will consider the cross motions for summary judgment (Dkt. Nos. 7 & 8) together.

Pursuant to Local Civil Rule 7(l), and in the interest of conserving judicial resources, the Court RENOTES Plaintiffs' motion for partial summary judgment (Dkt. No. 7) to March 30, 2018. Pursuant to Local Civil Rule 7(k), the Court ORDERS the following briefing schedule.

Plaintiffs shall submit their reply to Defendant's response to motion for summary judgment and their response to Defendant's cross motion for summary judgment as a single filing that shall not exceed 30 double spaced pages. Plaintiffs shall file this combined reply and response no later than March 26, 2018. Defendant may file a reply to Plaintiffs' response that shall be no longer than 12 double spaced pages, and which must be filed no later than March 30, 2018.

DATED this 9th day of March 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk